**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 13-24305-DER |
| PAMELA A. BOYLE AKA PAMELA ANN BOYLE FDBA REMAX ACCLAIMED REALTY FDBA ACCLAIM REFERRAL | |
| Debtor | Chapter 7 |

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION FOR THE BENEFIT OF FEDERAL
NATIONAL MORTGAGE ASSOCIATION

    Movant

vs.

PAMELA A. BOYLE AKA PAMELA ANN BOYLE
FDBA REMAX ACCLAIMED REALTY FDBA
ACCLAIM REFERRAL

    Debtor/Respondent

and

BRIAN A. GOLDMAN

    Trustee/Respondent

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, JPMorgan Chase Bank, National Association for the benefit of Federal National Mortgage Association ("Movant"), by and through counsel, and respectfully represents as follows:

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157.

2. Movant is a mortgage lender/servicer.

3. On or about August 21, 2013, Pamela A. Boyle aka Pamela Ann Boyle fdba Remax Acclaimed Realty fdba Acclaim Referral ("Debtor") filed a voluntary petition for relief in this Court under Chapter 7 of the United States Bankruptcy Code.

4. Brian A. Goldman is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

5. At the time of the initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Baltimore County, Maryland, and improved by a residence known as 9 Tintern Court, Unit # 103, Timonium, MD 21093 (the "Property").

BWW#: 175895

6. The Property is encumbered by a Deed of Trust securing the Movant, and recorded among the land records of the aforesaid county. A copy of the Deed of Trust is attached hereto.

7. The Deed of Trust secures payment of a Promissory Note now payable to Movant. A copy of the Note is attached hereto.

8. The amount due under the Deed of Trust securing the Note payable to Movant as of December 31, 2013 is approximately $106,627.82, plus per diem interest and attorney's fees and court costs related to the present Motion for Relief from Automatic Stay.

9. The Debtor is contractually due for the October 01, 2013 payment and every payment thereafter. More specifically the Debtor is contractually due for the October 01, 2013 through December 01, 2013 monthly payments, each in the approximate amount of $958.29, plus late charges and attorney's fees and costs incurred with the filing of the present motion. An Arrearage Worksheet is attached hereto, which lists both pre and post petition amounts due.

10. As of December 12, 2013 the approximate total debt through December 31, 2013 is as follows:

| | |
|---|---|
| Unpaid Principal Balance | $104,579.78 |
| Interest Due | $2,048.04 |
| Late Fees | $37.47 |
| Escrow Advance Balance | $0.00 |
| Pro Rata MIP/PMI | $0.00 |
| Corporate Advance Balance | $0.00 |
| Less:   Suspense Balance | $37.47 |
| Total: | $106,627.82 |

11. The Movant avers that there is no equity in the Property because the total liens against the Property exceed its fair market value. The Debtor has scheduled the Property with a market value of $168,975.00 in his/her filed Schedules. The Debtor has scheduled the amount of the secured claims against the property as $205,051.00.

12. The Movant lacks adequate protection of its interest in the Property.

13. The Movant has been and continues to be irreparably injured by the stay of 11 U.S.C. §362(a) of the Bankruptcy Code, which prevents Movant from enforcing its rights under its Note and Deed of Trust.

14. Cause exists for lifting the automatic stay imposed by 11 U.S.C. §362(a) of the Bankruptcy Code so as to enable the Movant to enforce its rights under its Note and Deed of Trust.

WHEREFORE, the Movant its successors and/or assigns prays that this court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. §362(a) of the Bankruptcy Code so as to enable Movant to proceed with a foreclosure action in the Circuit Court for Baltimore County, Maryland against the property located at 9 Tintern Court, Unit #

103, Timonium, MD 21093, and to allow the successful purchaser at the foreclosure sale to obtain possession of same; and

    2.  Grant such other and further relief as may be just and necessary.

<u>Dated: December 13, 2013</u>            Respectfully Submitted,
                                                 **BWW Law Group, LLC**

                                                 <u>*/s/ Paul Jay Adams, Esq.*</u>
                                                 Paul Jay Adams, Esq., MD Fed. Bar No. 18755
                                                 BWW Law Group, LLC
                                                 4520 East West Highway, Suite 200
                                                 Bethesda, MD 20814
                                                 (301) 961-6555
                                                 (301) 961-6545 (facsimile)
                                                 bankruptcy@bww-law.com
                                                 *Attorney for the Movant*

## **CERTIFICATE OF SERVICE**

    I certify that on this 13th day of December, 2013, the following person(s) were or will be served a copy of the foregoing Motion for Relief from Automatic Stay via the CM/ECF system or by first class mail, postage prepaid:

Brian A. Goldman, Trustee
Foxleigh Building, 2330 West Joppa Road, Suite 300
Lutherville, MD  21093

Daniel Matthew Radebaugh, Esq.
809 Gleneagles Court
Suite 119
Towson, MD  21286

Pamela A. Boyle aka Pamela Ann Boyle  fdba Remax Acclaimed Realty fdba Acclaim Referral
9 Tintern Court, Unit # 103
Timonium, MD  21093


                                                 <u>*/s/ Paul Jay Adams, Esq.*</u>
                                                 Paul Jay Adams