**ARREARAGE WORKSHEET**

BK Case No.: 13-24305-DER

Debtor Name: Pamela A. Boyle aka Pamela Ann Boyle  fdba Remax Acclaimed Realty fdba Acclaim Referral

Property Address: 9 Tintern Court, Unit # 103
Timonium, MD  21093

---

Monthly payments: $958.29

Late Charge:

---

Due for: October 01, 2013, through December 01, 2013

| | | | | |
|---|---|---|---|---|
| (10/1/2013-12/1/2013) | 3 payments @ $958.29 | = | $2,874.87 |
| Attorneys Fees | | = | $550.00 |
| Attorneys Costs | | = | $176.00 |
| Minus Funds Received | | = | $37.47 |
| **Total Arrearage** | | = | $3,563.40 * |

BWW#: 175895

* Amounts due prior to August 21, 2013 represent pre-petition arrearages, and said amounts only include the Debtor's outstanding monthly mortgage payments due and the associated late fees for missed payments.  The above arrearage worksheet should not be used as a reinstatement quote.